1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO<br>)<br>) The Honorable William H. Orrick<br>)<br>) **[PROPOSED] ORDER GRANTING JLI'S**<br>) **SECOND MOTION TO DISMISS WITH**<br>) **PREJUDICE NON-COMMUNICATING**<br>) **PLAINTIFFS' CLAIMS**<br>) |
| *This Document Relates to All Plaintiffs Identified in Exhibit A* | ) This Document Relates To:  All Actions<br>)<br>) The Hon. William H. Orrick<br>)<br>)<br>) |

20

21

22

23

24

25

26

27

28

1
2
3
4
5

   Before the Court is the Motion by Defendant Juul Labs, Inc. to Dismiss With Prejudice Non-Communicating Plaintiffs' Claims identified in Exhibit A in the above referenced, consolidated actions.   Having considered the Motion, seeing no opposition, and with good cause appearing therefore, the Court hereby GRANTS the Motion and DISMISSES the Complaints filed by all plaintiffs identified in Exhibit A with prejudice.

6
7

IT IS SO ORDERED.

Dated: October 27, 2023

8
9



10

The Honorable William H. Orrick
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

| Count | Case Number | Plaintiff | Case | Counsel |
|-------|-------------|-----------|------|---------|
| 1 | 3:22-cv-04018 | Cunningham, James | *James Cunningham v. JUUL Labs, Inc.* | Pulaski Kherkher, PLLC |
| 2 | 3:22-cv-07588 | Guerrero, Keyley | *Guerrero v. JUUL Labs, Inc.* | Watts Guerra LLP |
| 3 | 3:22-cv-4029 | Reardon, Emily | *Estate of Emily Reardon, James Reardon Administrator v. JUUL Labs, Inc.* | Cooper Elliott |